1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  MICHELE C. MARCHAND                             JS-6
   Assistant United States Attorney               cc: Fiscal
6  California Bar No. 93390
   Asset Forfeiture Section
7       U.S. Courthouse, 14th Floor
        312 N. Spring Street
8       Los Angeles, CA 90012
        Telephone: (213)894-2727
9       Facsimile: (213)894-7177
        E-mail: Michele.Marchand@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 10-9731-JFW(CWx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $41,960.00 in U.S. Currency, | |
| Defendant. | |
| CHAUNCEY RANSOM and LAKESHA WILLIAMS, | |
| Claimants. | |

Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on December 17, 2010. Notice was given and published in accordance with law. Chauncey Ransom and Lakesha Williams ("claimants") filed timely claims and answers. No other

claims or answers have been filed, and the time for filing claims and answers has expired.

Plaintiff and claimants have reached an agreement that is dispositive of this action. Plaintiff and claimants hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $41,960.00 in U.S. currency ("defendant currency") other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $31,960.00 of the defendant $41,960.00 in U.S. currency and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited currency. The United States Marshals Service is ordered to dispose of the forfeited currency in accordance with law.

4. The United States shall return to claimants the remaining $10,000.00 of the defendant currency and all interest earned thereon, in care of their attorney, Paul L. Gabbert. Said funds shall be forwarded by electronic funds transfer made payable to "Paul L. Gabbert, Attorney-Client Trust Account" within forty-five days of entry of judgment.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and

agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: April 27, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE